```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA

               CASE NO.09-80809-CIV-DIMITROULEAS/SNOW
```

HURTADO BALTAZAR, et al.,

       Plaintiffs,

   v

SOUTHERN CONSTRUCTION SERVICES, INC.,
et al.,

       Defendants.

_____/

## REPORT AND RECOMMENDATION

THIS CAUSE is before the Court on the Plaintiffs' Motion to Enforce Disbursement of Settlement Proceeds (DE 44), which was referred to United States Magistrate Judge Lurana S. Snow for report and recommendation. Counsel for the defendants filed a response indicating that he has attempted to communicate with his clients by telephone and email, to no avail. Counsel does not object to the motion and asks for permission to withdraw.

This is an action brought under the Fair Labor Standards Act (FLSA) which was settled at mediation on April 19, 2010. The settlement agreement provided that the defendants would pay the plaintiffs a total of $8,500.00, with payment to be made within 30 days. On July 21, 2010, this Court entered a Final Order of Dismissal With Prejudice, approving the settlement agreement, but retaining jurisdiction to enforce the terms of the agreement. (DE 43).

The instant motion, filed on November 5, 2010, states that no settlement proceeds have been forwarded to the plaintiffs' counsel. The plaintiffs ask this Court to reopen the case and to enter an order enforcing the terms of the settlement agreement. Counsel for the defendants does not dispute the plaintiffs' statement that no funds have been disbursed. Counsel further states that he knows of no reason why the defendants have failed to comply with the settlement terms, other than lack of financial resources. Counsel for the defendants also states that the defendants have failed to comply with the terms of their retainer agreement, and asks for permission to withdraw. Finally, defense counsel states that the defendants may be served at 837 Harbor Isles Place, North Palm Beach, Florida.

Since this Court retained jurisdiction to enforce the settlement agreement, the case should be reopened and an order entered directing the defendants to pay into the trust account of the plaintiffs' counsel the sum of $8,500.00, forthwith. The Court should not rule on defense counsel's request to withdraw, since it was not filed as a separate motion. Accordingly, being duly advised, it is

RECOMMENDED that Plaintiffs' Motion to Enforce Disbursement of Settlement Proceeds be GRANTED, and the defendants be ordered to pay into the trust account of the plaintiffs' counsel the sum of $8,500.00

The parties will have 14 days from the date of being served with a copy of this Report and Recommendation within which

to file written objections, if any, for consideration by The Honorable William P. Dimitrouleas, United States District Judge. Failure to file objections timely shall bar the parties from attacking on appeal factual findings contained herein. LoConte v. Dugger, 847 F.2d 745 (11th Cir. 1988), cert. denied, 488 U.S. 958 (1988); RTC v. Hallmark Builders, Inc., 996 F.2d 1144, 1149 (11th Cir. 1993).

DONE AND SUBMITTED at Fort Lauderdale, Florida, this 14th day of February, 2011.

/s/ Lurana S. Snow
LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

Copies to:

All Counsel of Record