UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-80809-CIV-DIMITROULEAS

HURTADO BALTAZAR, et al.,

Magistrate Judge Snow

       Plaintiff,

vs.

SOUTHERN CONSTRUCTION SERVICES
INC., a Florida corporation, RESTORATION
TECHNOLOGY, INC., a Florida corporation,
and DOMINO CASTRO, an individual,

       Defendants.

_____/

### ORDER ADOPTING REPORT OF MAGISTRATE JUDGE

THIS CAUSE is before the Court upon Plaintiffs' Motion to Enforce Disbursement of

Settlement Proceeds [DE-44], and the Report and Recommendation [DE-48] dated February 14,

2011.  The Court notes that no objections to the Report have been filed, and the time for filing

such objections has passed.  As no timely objections were filed, the Magistrate Judge's factual

findings in the Report are hereby adopted and deemed incorporated into this opinion.  LoConte v.

Dugger, 847 F. 2d 745, 749-50 (11th Cir. 1988), cert. denied, 488 U.S. 958 (1988); RTC v.

Hallmark Builders, Inc., 996 F. 2d 1144, 1149 (11th Cir. 1993).  Although no timely objections

were filed, the Court has conducted a *de novo* review of the Report and record and is otherwise

fully advised in the premises.  The Court agrees with the Magistrate Judge's conclusions.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1.    The Report and Recommendation [DE-48] is hereby **ADOPTED** and

    **APPROVED**;

2.    Plaintiffs' Motion to Enforce Disbursement of Settlement Proceeds [DE-44] is

    hereby **GRANTED**;

3.      Defendants are ordered to pay into the trust account of Plaintiffs' counsel the sum

of $8,500.00.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this

4th day of March, 2011.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of record
Magistrate Judge Snow

Southern Construction Services, Inc.
Domino Castro
Restoration Technology, Inc.
837 Harbour Isles Place,
North Palm Beach, FL 33410